**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Shawn Cheever


v.                                        Civil No. 06-cv-351-JM

Sergeant Michael Erdmark
and Corporal Kevin Valenti


**O R D E R**

Defendants have filed three motions related to the trial in this matter that is scheduled to begin Tuesday, September 15, 2009.  Defendants' motion in limine seeking to exclude expert testimony on plaintiff's intentional and negligent infliction of emotional distress claims is granted (doc. no. 36).  Defendants' motion in limine to exclude from the trial the claims against and the evidence involving Jane and John Doe defendants is also granted (doc. no. 37).  Defendants' objection to plaintiff's final pretrial statement and request for sanctions to preclude plaintiff's use of witnesses is denied (doc. no. 39).

**SO ORDERED.**

James R. Muirhead
United States Magistrate Judge

Date:  September 4, 2009

cc:    James W. Kennedy, Esq.
       Michael J. Sheehan, Esq.