U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

SEP 18 2009

**FILED**

Shawn Cheever,
    Plaintiff

v.                                                Civil No. 06-cv-351-JM

Sergeant Michael Edmark
and Corporal Kevin Valenti,
    Defendants


VERDICT FORM


I. Liability

    A. Defendant Michael Edmark

    **Question 1:** Do you find by a preponderance of the evidence that Michael Edmark violated Shawn Cheever's rights under the Eighth Amendment?

        Yes ✓     No ___

    **Question 2:** Do you find by a preponderance of the evidence that Michael Edmark committed an assault against Shawn Cheever?

        Yes ___     No ✓

    **Question 3:** Do you find by a preponderance of the evidence that Michael Edmark committed a battery against Shawn Cheever?

        Yes ___     No ✓

B. Defendant Kevin Valenti

**Question 4:** Do you find by a preponderance of the evidence that Kevin Valenti violated Shawn Cheever's rights under the Eighth Amendment?

Yes ✓          No ___

**Question 5:** Do you find by a preponderance of the evidence that Kevin Valenti committed an assault against Shawn Cheever?

Yes ___          No ✓

**Question 6:** Do you find by a preponderance of the evidence that Kevin Valenti committed a battery against Shawn Cheever?

Yes ___          No ✓

**If you answered "Yes" to any question above, please proceed to Section II pertaining to Damages.**

**If you answered "No" to all of the questions above, your deliberations are complete. Please have the Jury Foreperson turn to the end of this form, sign and date it, and notify the Court Security Officer that you have reached a verdict.**

II. <u>Damages</u>

**If you answered "Yes" to any or all of the questions above, please respond to the following questions on damages.**

**Question 7:** What compensatory damages do you award to Shawn Cheever against Michael Edmark?

_____*Zero*_____
(Please enter the amount in words, not numbers, as if you were writing a check.)

**Question 8:** What compensatory damages do you award to Shawn Cheever against Kevin Valenti?

_____*Zero*_____
(Please enter the amount in words, not numbers, as if you were writing a check.)

**Question 9:** If you did not award any compensatory damages to Shawn Cheever but found that either Michael Edmark or Kevin Valenti or both violated his Eighth Amendment rights, then you must award Shawn Cheever nominal damages on that claim. What amount of nominal damages do you award to Shawn Cheever?

_____*One dollar*_____
(Please enter the amount in words, not numbers. Remember the amount cannot exceed one dollar.)

**Question 10:** If you answered "Yes" to either Question 1, that Michael Edmark violated Shawn Cheever's Eighth Amendment rights, or to Question 4, that Kevin Valenti violated Shawn Cheever's Eighth Amendment rights, you must

3

now consider whether he is entitled to an award of punitive damages for that violation.

    **a. Michael Edmark** – do you find by a preponderance of the evidence that Shawn Cheever is entitled to an award of punitive damages against Michael Edmark?

    Yes ✓        No ____

    **b.** If you answered "Yes" to Question 10.a., what amount of punitive damages do you award against Michael Edmark?

    _Forty thousand dollars_
    (Please state the amount in words, not numbers.)

    **c. Kevin Valenti** – do you find by a preponderance of the evidence that Shawn Cheever is entitled to an award of punitive damages against Kevin Valenti?

    Yes ✓        No ____

    **d.** If you answered "Yes" to Question 10.c., what amount of punitive damages do you award against Kevin Valenti?

    _Forty thousand dollars_
    (Please state the amount in words, not numbers.)

Date:  September 18, 2009

_____
Foreperson