UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Shawn Cheever

   v.          Civil No. 06-cv-351-JL

Michael Edmark et al.

ORDER

Pursuant to Fed. R. Civ. P. 4(m), Defendant John Valencia is dismissed from this action without prejudice for plaintiff's failure to make service.

SO ORDERED.

September 24, 2009

                James R. Muirhead
                United States Magistrate Judge

cc:  Michael J. Sheehan, Esq.
   James William Kennedy, Esq.
   Nancy J. Smith, Esq.