UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Shawn Cheever</u>

    v.                         Civil No. 06-cv-351-JM

<u>Michael Edmark et al.</u>

**J U D G M E N T**

In accordance with court's orders dated September 4, 2009, and September 24, 2009, signed by Magistrate Judge James Muirhead; and the plaintiff's verdict returned on September 18, 2009, as follows:

In the case of Shawn Cheever v. Michael Edmark: Judgment for the plaintiff in the amount of $40,000.00;

In the case of Shawn Cheever v. Kevin Valenti: Judgment for the plaintiff in the amount of $40,000.00;

with interest thereon at the rate of .40 percent as provided by law and costs of the action, if appropriate, judgment is hereby entered.

                                                    By the Court,

                                                    /s/ James R. Starr

                                                    James R. Starr, Clerk

September 24, 2009

cc:    Michael Sheehan, Esq.
        James Kennedy, Esq.
        Nancy Smith, Esq.